## RETURN OF SERVICE

**State of Florida**  **County of Southern**  **Circuit Court**

Case Number: 12-CV-21680-UNGARO/TORRES

Plaintiff:
GIGLIO S.N.C., A ITALIAN GENERAL PARTNERSHIP, FRANCESCO ONIDA

vs.

Defendant:
CARNIVAL CORPORATION, /AKA/ CARNIVAL CRUISE LINES

For:
Edward M. Ricci, Esquire
EDWARD M. RICCI, ESQUIRE
303 Banyan Blvd, Suite 400
West Palm Beach, FL 33401

Received by C.W. SERVICES on the 4th day of May, 2012 at 2:04 pm to be served on **CARNIVAL CORPORATION /AKA/ CARNIVAL CRUISE LINES BY SERVICE UPON ITS REGISTERED AGENT NRAI SERVICES INC., 515 EAST PARK AVENUE, TALLAHASSEE, FL 32301.**

I, ERIC L. LARSON, do hereby affirm that on the **4th day of May, 2012** at **3:15 pm, I:**

served a **CORPORATION** by serving a true copy of the S, Summons and Complaint and Demand For Jury Trial with the date and hour of service endorsed thereon by me, to: **CHRIS FLORES** as **EMPLOYEE FOR REGISTERED AGENT** for **CARNIVAL CORPORATION /AKA/ CARNIVAL CRUISE LINES** at the address of: **515 EAST PARK AVENUE, TALLAHASSEE, FL 32301** and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
CHRIS FLORES, WM, 25 YRS, 5'11 180 LBS, BRWN HAIR. GLASSES, EMPLOYEE FOR REGISTERED AGENT AUTHORIZED TO ACCEPT SERVICE

Under penalty of perjury, I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2), Notary not required.

ERIC L. LARSON
CPS #063, 2ND JUDICIAL CIRCUIT

C.W. SERVICES
4908 Grassleaf Drive
Palm Beach Gardens, FL 33418
(561) 630-4866

Our Job Serial Number: CWO-2012008333
Ref: 8333

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5f