# RETURN OF SERVICE

**State of Florida**        **County of Southern**        **Circuit Court**

Case Number: 12-CV-21680-UNGARO/TORRES

CWO2012008331

Plaintiff:
**GIGLIO S.N.C., A ITALIAN GENERAL PARTNERSHIP, FRANCESCO ONIDA**

vs.

Defendant:
**CARNIVAL CORPORATION, /AKA/ CARNIVAL CRUISE LINES**

For:
Edward M. Ricci, Esquire
EDWARD M. RICCI, ESQUIRE
303 Banyan Blvd. Suite 400
West Palm Beach, FL 33401

Received by C.W. SERVICES & ASSOCIATES, INC. on the 4th day of May, 2012 at 1:13 pm to be served on **COSTA CROCIERE S.P.A. COMPANY BY SERVICE UPON ITS REGISTERED AGENT CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Jolene Schwartz, do hereby affirm that on the **4th day of May, 2012** at **2:26 pm, I:**

served a **CORPORATION** by delivering a true copy of the **S, Summons and Complaint and Demand For Jury Trial** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **AGENT FOR CT CORPORATION SYSTEM** for **COSTA CROCIERE S.P.A. COMPANY**, at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under Penalties of Purjury, I Declare I have Read the Foregoing Document and the Facts Stated in it are True. No Notary is Required Pursuant to Florida State Statute 92.525(2)

Jolene Schwartz
Sheriff Appointed #261

C.W. SERVICES & ASSOCIATES, INC.
4908 Grassleaf Drive
Palm Beach Gardens, FL 33418
(561) 630-4866

Our Job Serial Number: CWO-2012008331

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4x