UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:12-cv-21680-RSR

GIGLIO SUB s.n.c., an Italian General
Partnership, FRANCESCO ONIDA, an
individual,

        Plaintiffs,

vs.                                            Notice of Appeal

CARNIVAL CORPORATION, a Florida Foreign
Corporation, a/k/a CARNIVAL CRUISE LINES,
CARNIVAL plc, COSTA CRUISE LINES, INC.,
a Florida Corporation, COSTA CROCIERE
S.P.A. COMPANY, JOHN DOES, JOHN DOES,
INC.,

        Defendants.
_____/

Notice is hereby given that Giglio Sub, s.n.c., and Francesco Onida, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the United States District Court for the Southern District of Florida's Order Dismissing Complaint on *Forum Non Conveniens* Grounds, entered in this action on the 26th day of September, 2012 [D.E. 73].

                                      Respectfully submitted,

Dated:   October 24, 2012           EDWARD M. RICCI, P.A.

                                            /s/   Edward M. Ricci
                                    Edward M. Ricci, Esquire
                                    Florida Bar Number: 185673
                                    edricci@edriccilaw.com
                                    Edward M. Ricci, P.A.
                                    303 Banyan Blvd., Suite 400
                                    West Palm Beach, FL    33401
                                    Tel. (561) 842-2820
                                    Fax (561) 844-6929
                                    Attorneys for Plaintiffs

AHMED IBRAHIM, ESQ. *(admitted pro hac vice)*
Eagan Avenatti, LLP
450 Newport Center Drive, 2nd Floor
Newport Beach, CA 92660
aibrahim@eaganavenatti.com
Work   (949) 706-7000
Fax    (949) 706-7050

FILIPPO MARCHINO, ESQ. *(admitted pro hac vice)*
The X-Law Group PC
11100 Santa Monica Blvd, Suite 150
Los Angeles, CA 90025
Filippo.Marchino@xlawx.com
Work   (213) 536-4298
Fax    (213) 226-4691

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2012, I filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U. S. Mail on all counsel of record entitled to receive service.

                                           /s/
                                       Edward M. Ricci

Case No.: 1:12-cv-21680-UU

## SERVICE LIST

Thad T. Dameris, Esq.
thad.dameris@hoganlovells.com
Trevor R. Jefferies, Esq.
trevor.jefferies@hoganlovells.com
Hogan Lovells US LLP
700 Louisiana Street, Suite 4300
Houston, TX 77002
Tel: (713) 632-1400
Fax: (713) 632-1401

*Attorneys for Defendants Carnival Corporation, Carnival Cruise Lines, Carnival plc, Costa Cruise Lines, Inc., Costa Crociere S.P.A. Company*


Alvin F. Lindsay, Esq.
alvin.lindsay@hoganlovells.com
Hogan Lovells US LLP
200 South Biscayne Boulevard, Suite 400
Miami, FL 33131
Tel: (305) 459-6633
Fax: (305) 459-6550
*Attorneys for Defendants Carnival Corporation, Carnival Cruise Lines, Carnival plc, Costa Cruise Lines, Inc., Costa Crociere S.P.A. Company*

David J. Weiner, Esq.
david.weiner@hoganlovells.com
Hogan Lovells US LLP
555 Thirteenth St., NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910

*Attorneys for Defendants Carnival Corporation, Carnival Cruise Lines, Carnival plc, Costa Cruise Lines, Inc., Costa Crociere S.P.A. Company*

John D. Kimball, Esq.
jkimball@blankrome.com
Blank Rome LLP
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5259
Fax: (917) 332-3730

*Of Counsel for Defendants Carnival Corporation, Carnival Cruise Lines, Carnival plc, Costa Cruise Lines, Inc., Costa Crociere S.P.A. Company*